

Phone: (212) 885-5149
Fax: (917) 332-3720
Email: JHarwood@BlankRome.com

August 6, 2008

**BY HAND**

**MEMO ENDORSED**

Hon. Denise L. Cote
United States District Court
Southern District of New York
U.S. Courthouse
500 Pearl Street
New York NY 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/7/08

Re: PACIFIC FOREST SHIPPING LTD. v.
THOR SHIPPING A/S DENMARK
SDNY 08-Civ 5710 (DLC)
Our Ref. No.: 130133-00601

Dear Judge Cote:

We are attorneys for the Rule B plaintiff that is now fully secured. We have no objection to the unsealing of the action and respectfully suggest that it be placed on "suspense" pending resolution of the merits in arbitration.

Very truly yours,

Jeremy J.O. Harwood

JJH:rk

cc: By Fax
James P. Rau, Esq.
Attorney for Defendant

*The Clerk of Court shall unseal this action. A status letter is due January 15, 2009.*

*Denise Cote
August 7, 2008*

The Chrysler Building   405 Lexington Avenue   New York, NY 10174-0208
www.BlankRome.com

130133.00601/6659956v.1

Delaware • Florida • New Jersey • New York • Ohio • Pennsylvania • Washington, DC • Hong Kong