BLANK ROME LLP
Attorneys for Plaintiff
Jeremy J.O. Harwood (JH 9012)
405 Lexington Avenue
The Chrysler Building
New York, NY 10174
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PACIFIC FOREST SHIPPING LTD.,

        Plaintiff,

v.

THOR SHIPPING A/S DENMARK,

        Defendant.

08 Civ.

**F.R. CIV. P. RULE 7.1 STATEMENT**

---

Pursuant to F. R. Civ. P. Rule 7.1 and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Plaintiff certifies that there are no publicly held corporate parents, subsidiaries, or affiliates of that party, securities or other interests in which are publicly held.

Dated: New York, NY
       June 23, 2008

                      Respectfully submitted,
                      BLANK ROME LLP
                      Attorneys for Plaintiff

                      By: /s/ Jeremy Harwood
                      Jeremy J.O. Harwood (JH 9012)
                      405 Lexington Avenue
                      New York, NY 10174
                      Tel.: (212) 885-5000